ORDERED that Commerce is to assign the correct level of trade code for SKF's export price sales in the margin calculation program; and it is further

ORDERED that Commerce is to determine whether SKF–France's billing adjustment two is insignificant within the meaning of 19 U.S.C. § 1677f–1(a) (1994); and it is further

ORDERED that Commerce is to reconsider the treatment of depreciation expenses incurred in France in calculating constructed export price for SNR Roulements; and it is further

ORDERED that the remand results are due within ninety (90) days of the date this opinion is entered. Any responses or comments are due within thirty (30) days thereafter. Any rebuttal comments are due within fifteen (15) days after the date responses or comments are due.

POHANG IRON AND STEEL CO., LTD., Pohang Coated Steel Co., Ltd., and Pohang Steel Industries Co., Ltd., Plaintiffs,

v.

The UNITED STATES,

and

National Steel Corporation; U.S. Steel Group—a Unit of USX Corporation; Inland Steel Industries, Inc.; Bethlehem Steel Corporation; and LTV Steel Co., Inc., Defendant–Intervenors.

Slip Op. 00–132.
Court No. 98–04–00906.

United States Court of International Trade.

Oct. 13, 2000.

RESTANI, Judge.

The court hereby affirms the second remand results of the Department of Commerce. The remand results carry out the court's direction in *Pohang Iron and Steel Co., Ltd. v. United States*, Slip Op. 00–77, 2000 WL 963357 (CIT, July 6, 2000). The court ordered Commerce to eliminate certain known double counting of imputed interest expense in the U.S. indirect selling expense calculation for cold-rolled and corrosion resistant steel products. This was done. The court acknowledges that

all double counting may not have been eliminated, particularly because of the effects of non-subject merchandise data. The risk of this, however, lies with respondent, as it did not submit all information necessary to resolve these issues definitively. The facts available methodology employed adequately balances the goals of accuracy and compulsion of response to governmental inquiries in this area.